IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE SABAT ESQUILIN,

    *Petitioner*,

v.                                        Case No.: 4:23cv500-MW/MJF

TOWN OF PUERTO RICO,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus, ECF No. 1, is **DISMISSED without prejudice** for lack of jurisdiction." The Clerk shall close the file.

    **SO ORDERED on December 15, 2023.**

                                                 s/Mark E. Walker               
                                                 **Chief United States District Judge**